UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x  20-cv-00318 (WFK)(RML)

PATRICIA TUOHY and JOHN TUOHY, on behalf of
themselves and all others similarly situated,

        Plaintiff

      -against-

GC SERVICES LIMITED PARTNERSHIP,

        Defendant

-------------------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL**

TO THE CLERK OF THE COURT:

   IT IS HEREBY STIPULATED by the parties named in the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiffs, PATRICIA TUOHY and JOHN TUOHY, with prejudice as to said Plaintiffs, without prejudice to the putative class, and without costs or attorneys fees as to any party named herein.

DATED: May 6, 2020
       New York, New York

                                        ROBERT L. ARLEO, ESQ. P.C.
                                 By: */s/ Robert L. Arleo*
                                     ROBERT L. ARLEO, ESQ.
                                     *Attorney for the Plaintiffs*
                                     380 Lexington Avenue, 17th Floor
                                     New York, New York 10168
                                     PHONE: (212) 551-1115
                                     FAX: (518)751-1801
                                     EMAIL: robertarleo@gmail.com

DATED: May 6, 2020
       New York, New York

                              KAUFMAN DOLOWICH VOLUCK, LLP

                      By: */ s / Richard J. Perr*
                          RICHARD J. PERR, ESQ.
                         *Attorneys for the Defendant*
                         Four Penn Center
                         1600 JFK Blvd., Suite 1030
                         Philadelphia, PA  19103
                         PHONE: (215) 501-7002
                         FAX: (215) 405-2973
                         EMAIL: rperr@kdvlaw.com

SO ORDERED
  s/ WFK
_____
William F. Kuntz
District Court Judge